IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-159-RJC-DCK

| | |
|---|---|
| SEPIDEH L. GHADRDAN, NIKA V. BARHAGH, and GHOLAMHOSSEIN V. BARHAGH,<br><br>Petitioners,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Respondents. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by Helen Parsonage, concerning Taher Kameli, on February 19, 2024. Taher Kameli seeks to appear as counsel *pro hac vice* for Petitioners. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Taher Kameli is hereby admitted *pro hac vice* to represent Petitioners.

**SO ORDERED**.

Signed: February 20, 2024

David C. Keesler
United States Magistrate Judge